EX PARTE GEORGE MURPHY.

No. 6000.   Decided May 10, 1922.

Habeas Corpus—City Ordinance—Agreement.

   Where it appeared in this court by the terms of an agreement, filed in
this case, that said city ordinance upon which defendant was held had been
repealed or materially changed, relator is discharged.

Appeal from the Criminal District Court of Dallas.   Tried below
before the Honorable C. A. Pippen.

Appeal from a habeas corpus proceeding; in which defendant asks
release from conviction under a violation of a city ordinance, under
a conviction in the Corporation Court of the City of Dallas.

The opinion states the case.

*Jas. J. Collins,* and *Carl B. Calloway,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—This is an attack by habeas corpus upon
the validity of a milk ordinance in the City of Dallas.   By the terms
of an agreement filed in this case it appears that said milk ordinance
has been repealed or materially changed so that relator should no
longer be held as under the former ordinance.   It is, therefore, or-
dered that he be discharged.

*Discharged.*